UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81845-CIV-CANNON/Reinhart

ICA INVESTMENTS CORPORATIONS,

     Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

     Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 28]

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Motion to Strike Defendant's Affirmative Defenses (the "Report") [ECF No. 28], issued on February 8, 2023. On January 3, 2023, Plaintiff filed a Motion to Strike Defendant's Affirmative Defenses (the "Motion") [ECF No. 17]. On February 8, 2023, following referral, Judge Reinhart issued a Report recommending that the Motion be denied [ECF No. 28 pp. 2, 10]. Objections to the Report were due on February 22, 2023 [ECF No. 28 p. 11]. No party filed objections, and the time to do so has expired [ECF No. 28 p. 11].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc*., 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report,

CASE NO. 22-81845-CIV-CANNON/Reinhart

the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784. Legal conclusions are reviewed de novo, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Following *de novo* review, the Court finds the Report to be well reasoned and correct. For the reasons set forth in the Report [ECF No. 28 pp. 7–10], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 28] is **ACCEPTED**.

2. The Motion to Strike [ECF No. 17] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of February 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2